UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA NEAGU,<br><br>        Plaintiff,<br><br>    v.<br><br>ZARA USA, INC., et al.,<br><br>        Defendants. | Case No. 4:18-cv-03983-KAW<br><br>**ORDER REGARDING 12/21/18 JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 19 |

On December 21, 2018, the parties filed a joint discovery letter, because they were unable to agree on the sequence in which the depositions should be taken. (Joint Letter at 1.) Plaintiff's deposition shall proceed first, since she filed the lawsuit. All other depositions shall occur in the order in which they were noticed. That Defendants may have changed their position regarding whether Plaintiff was terminated is irrelevant. *See id.* at 3-4.

IT IS SO ORDERED.

Dated: January 23, 2019

KANDIS A. WESTMORE
United States Magistrate Judge